YVONNE A. COTNAREANU et al., Respondents, *v.* NATIONAL CITY BANK OF NEW YORK et al., Appellants.

(Argued April 16, 1936; decided June 2, 1936.)

John W. Davis, Russel S. Coutant, Edwin F. Blair, Frederick G. Watson, Jr., and Robert W. Dew for John F. Woods, appellant.

Carl A. Mead, S. S. Jennings, Jr., William H. Reeves and Frank A. F. Severance for National City Bank of New York et al., appellants.

Samuel Seabury, Francis L. Kohlman and George Trosk for respondents.

Per Curiam. The questions presented on this appeal are identical with the questions in Cotnareanu v. Chase National Bank (271 N. Y. 294), decided herewith. The orders should be modified in accordance with the opinion in that case and, as so modified, affirmed, with separate bills of costs in all courts to the appellants. The first question certified by the order granting leave to appeal to the defendant John F. Woods should be answered in the negative; the second question thereby certified should be answered in the affirmative. The second question certified by the order granting leave to appeal to the other defendants should be answered in the affirmative; the other questions thereby certified should be answered in the negative.

CRANE, Ch. J., LEHMAN, O'BRIEN, CROUCH and LOUGHRAN, JJ., concur; HUBBS and FINCH, JJ., taking no part.

Ordered accordingly.